UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN L. BIRD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> QUICK COLLECT, INC., <br><br> Defendant. | Cause No. C22-0030RSL <br><br> ORDER OF TRANSFER |

This matter comes before the Court on the joint motion of the parties to transfer the above-captioned matter to the United States District Court of the Northern District of California. Dkt. # 5. Having reviewed the submission of the parties, the joint motion is GRANTED.

Dated this 28th day of January, 2022.

*MNS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF TRANSFER - 1